UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY KAVIN, INC. and JEFFREY KAVIN, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:21-cv-06085-FLA (ASx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT FEDERAL INSURANCE COMPANY** |

In accordance with the court's October 31, 2022 Order granting the Motion to Dismiss filed by Defendant Federal Insurance Company ("FIC"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is granted in favor of FIC on all of Plaintiffs' claims; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that FIC shall recover its costs of suit.

Dated: November 2, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge